IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**RONALD STOCKTON,**

    **Plaintiff**

    **v.**

**JOHN WETZEL**, *et al.*,

    **Defendants**

CIVIL NO. 1:16-CV-0613

(Judge Caputo)

# O R D E R

**AND NOW**, this **30th** day of **SEPTEMBER 2019**, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Defendants' motion for summary judgment (ECF No. 95) is granted in part and denied in part.

2. Defendants' motion for summary judgment as to Mr. Stockton's Eighth Amendment claims against Nurse Houck is granted.

3. Defendants' motion for summary judgment with respect to Mr. Stockton's Eighth Amendment excessive use of force claims against Defendants Barndt, Harpster, Parks, Willinsky, Wilson and Lt. Bard is denied.

4. A trial date in this matter will be set by further order of the Court.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**