# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD STOCKTON, | : | Civil No. 1:16-CV-00613 |
| Plaintiff, | : | |
| v. | : | |
| JOHN WETZEL, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 30th day of April, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for reconsideration (Doc. 118) is **DENIED**.

2. Plaintiff's motion to compel (Doc. 126) is **GRANTED** in part and **DENIED** in part.

3. Plaintiff's motion to compel the disclosure of Administrative Policy 6.5.1 is **DENIED**.

4. Plaintiff's motion to compel the reproduction of documents previously produced in discovery is **GRANTED**. Thirty (30) days prior to the pretrial conference in this matter Commonwealth Defendants shall produce all discovery materials for Stockton's inspection. The pretrial conference in this matter will be set at court's discretion.

5. Plaintiff's motion for preliminary injunction (Doc. 128) is **DENIED** without prejudice.

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania